1
 Jamale D. Townsell, Petitioner v. The People of the State of Colorado Respondent No. 23SC924
Supreme Court of Colorado, En Banc
September 9, 2024
 
           Court
 of Appeals Case Number 21CA2068
 
 
 
          Petition
 for Writ of Certiorari GRANTED.
 
 
          Whether
 the standard for appointment of counsel under Criminal Rule
 of Procedure 35(c) differs from the standard for granting a
 hearing.
 
 
          Whether
 an indigent pro se petitioner alleging ineffective assistance
 of counsel for failure to investigate DNA evidence must
 specify how exculpatory DNA evidence would undermine
 confidence in the conviction to sustain a Rule 35(c) motion.
 
 
          Whether
 petitioner is entitled to postconviction counsel and a
 hearing to develop his claim that trial counsel rendered
 ineffective assistance of counsel by failing to investigate
 DNA evidence.